FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 3:25 pm, Aug 11, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:20-cr-25 |
| ANTHONY GABRIEL ORTIZ, | |
| Defendant. | |

## O R D E R

This matter is before the Court on Defendant's construed Motion to Reopen Bond Hearing.  Doc. 38.  On August 10, 2020, the Court conducted a hearing in this matter, during which Defendant's counsel confirmed that he was requesting reopening of Defendant's bond hearing in this matter.  At the hearing, the Court **GRANTED** Defendant's request and held a bond hearing.  For the reasons stated on the record at the August 10, 2020 hearing, the Court ordered Defendant released on bond subject to various conditions, which are memorialized in a separate order.

**SO ORDERED**, this 11th day of August, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA